IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA U. UBEROI, individually,

PLAINTIFF,

Case No.: 8:14-CV-02321-EAK-TGW

v.

SUPREME COURT OF FLORIDA,

DEFENDANT.
_____/

**PLAINTIFF'S MOTION FOR AUTHORIZATION
TO ENROLL IN THE CM/ECF SYSTEM**

COMES NOW, the Plaintiff BARBARA U. UBEROI, appearing *pro se*, and moves this Honorable Court for an order authorizing her to obtain a CM/ECF user id and password. The Plaintiff has submitted the ECF Registration Form to the Clerk of Court upon filing this motion, has obtained computer hardware and software required to electronically receive and file documents and is registered with PACER.

September 18, 2014

Barbara U. Uberoi, *Pro Se*
1708 Magdalene Manor Dr.
Tampa, FL 33613
813-493-6452
buberoi@verizon.net