# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| BARBARA v. UBEROI <br> *Plaintiff* <br> v. <br> FLORIDA SUPREME COURT <br> *Defendant* | ) <br> ) <br> ) Case No. 8:14-cv-02321-EAK-TGW <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FLORIDA SUPREME COURT .

Date: 10/15/2014

/s/ Kristin M. Bigham
*Attorney's signature*

Kristin M. Bigham   69394
*Printed name and bar number*

Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399
*Address*

Kristin.bigham@myfloridalegal.com
*E-mail address*

(850) 414-3300
*Telephone number*

(850) 488-4872
*FAX number*