UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA U. UBEROI,

    Plaintiff,

v.                              CASE NO. : 8:14-cv-2321

FLORIDA SUPREME COURT,

    Defendant.
_____/

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO THE COMPLAINT

    Defendant, the Supreme Court of Florida, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b) for a brief enlargement of time through and including October 31, 2014, within which to respond to the Complaint. Due to significant caseload activity at this time, Defendant's counsel needs and respectfully requests the brief enlargement herein requested. Defendant's counsel has conferred with Pro Se litigant, Barbara Uberoi, who has no objection to the relief sought.

    This enlargement is requested in good faith, and not for delay or improper purpose. No party will be prejudiced by the granting of this Motion.

## MEMORANDUM OF LAW

    An enlargement of time may be requested at any stage of a proceeding, pursuant to Federal Rule of Civil Procedure 6(b), and when timely made may be granted for good cause shown pursuant to the Court's broad discretionary power. *Wood v. Allied Concord Financial Corp.,* 373 F.2d 733 (5th Cir. 1967). Defendant respectfully submits that it has demonstrated good cause for the brief enlargement of time requested herein.

Respectfully submitted,

**PAMELA JO BONDI**
**Attorney General**

/s/ Kristin M. Bigham
KRISTIN M. BIGHAM
Assistant Attorney General
Fla. Bar No.: 69394
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399
Telephone: 850-414-3300
Fax: 850-488-4872
Kristin.bigham@myfloridalegal.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document has been electronically filed by using the CM/ECF system, which sends a notice of electronic filing and an image of the document to Plaintiff, Barbara U. Uberoi, this 17th day of October, 2014.

/s/ Kristin M. Bigham
KRISTIN M. BIGHAM