**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA U. UBEROI, individually,

    PLAINTIFF,

                                        Case No.:  8:14-CV-02321-EAK-TGW

v.

SUPREME COURT OF FLORIDA,

    DEFENDANT.
_____/

**NOTICE OF SPECIAL APPEARANCE**

    COMES NOW, Lee W. Atkinson, Esq. to make a special appearance for Plaintiff in this matter as authorized by Federal Rule of Civil Procedure 11 and Local Rule 2.03(a) and (d) and this Court's Order.(Dkt. 35  ).  Mr. Atkinson, a member of the bar of the Middle District of Florida, will appear for Plaintiff to argue the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 17) set for April 24, 2015 at 2:30 in Courtroom 12A.

    April _16___, 2015

                                        _/s/_ Lee Atkinson
                                        Lee Atkinson, Esq.
                                        Fla. Bar: 340375
                                        7624 Bald Cypress Place
                                        Tampa, Florida 33614
                                        813-335-6097
                                        Leeatkinson337@gmail.com
                                        latkinson@stymco.com
                                        Specially for Plaintiff

    I HEREBY CERTIFY that the foregoing Notice of Special Appearance has been electronically filed by using the CM/ECF system which sends a notice of electronic filing and an

image of the document to the all parties registered.   There are no parties to this action other than those registered with CM/ECF.

   /s/ Lee Atkinson
Lee Atkinson